[No. 74331-7-I.   Division One.   January 23, 2017.]

*In the Matter of the Marriage of* KIMBERLY ARZABAL, *Appellant*, and CHRISTOPHER ARZABAL, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-3-00522-4, Charles R. Snyder, J., entered October 30, 2015. *Dismissed* by unpublished opinion per Verellen, C.J., concurred in by Spearman and Mann, JJ.

[No. 74348-1-I.   Division One.   January 23, 2017.]

*In the Matter of the Parental Rights to* Q.T. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CORRIE ROSIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-01897-3, Susan H. Amini, J., entered October 28 and December 1, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Spearman and Mann, JJ.

[No. 74401-1-I.   Division One.   January 23, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL DAVID OSBORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01883-8, Ellen J. Fair, J., entered December 1, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.